AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AE HOE KWON,

      Petitioner,

V.

IMMIGRATION AND
NATURALIZATION SERVICE,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00439-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Respondent's #7 Motion to Dismiss is GRANTED. The #1 Motion to Remove/Release I.C.E. Detainer, which the Court construes as a petition for a writ of habeas corpus, is DENIED.

  April 4, 2008                                         **LANCE S. WILSON**
                                                              Clerk

                                                              /s/ Kalani Lizares
                                                              Deputy Clerk